# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | |
|---|---|
| SHERRY HUCKABY § | |
| § | |
| V. § | Case No. 1:10-CV-30 |
| § | |
| STANDARD FIRE INSURANCE § | |
| COMPANY, ET AL. § | |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to an Order of Reference entered on January 21, 2010. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant plaintiff's motion to dismiss, construed as a notice of voluntary dismissal, and enter judgment without prejudice with regard to defendants, United Technical Consultants, LLC; J.P. Farrell, Jr.; Criterum Farrell Engineers; and Jerry Buri. No objections to the report were filed by the parties.

The magistrate judge's report is hereby **ADOPTED**. It is further

**ORDERED** that plaintiff's "motion to dismiss without prejudice" (Docket No. 8), construed as a notice of voluntary dismissal without prejudice, is **GRANTED**.

So **ORDERED** and **SIGNED** this **8** day of **April, 2010.**

_____
Ron Clark, United States District Judge